|   |   |
|---|---|
| 1 | HONORABLE FRANKLIN D. BURGESS |
| 2 | HONORABLE J. KELLEY ARNOLD |

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Petitioner, | ) | NO.   MS04-5032FDB-JKA |
| v. | ) | |
| MELVIN WILSON, | ) | ORDER DISMISSING CASE |
| Respondent. | ) | |

The United States' Motion to Withdraw Petition and Dismiss Case is GRANTED. The above-captioned case is hereby dismissed.

DATED this 28th day of July 2005.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

RECOMMENDED for entry this 26th day of July, 2005.

 /s/ J. Kelley Arnold_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

 s/Kristin B. Johnson_____
KRISTIN B. JOHNSON, WSBA# 28189
Assistant United States Attorney

ORDER DISMISSING CASE
[MS04-5032FDB-JKL]

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Western District of Washington, and is a person of such age and discretion as to be competent to serve papers.

That on July18, 2005, she electronically filed the foregoing document(s), Order Dismissing Case, using the CM/ECF system, which will send notification of such filing to the following CM/ECF participant:

-0-

That on July 18, 2005, she caused a copy of this Order Dismissing Case, to be served upon the individual hereinafter named by first class mail, postage prepaid as follows:

Melvin Wilson
514 Carr Road
Packwood, Washington 98361

DATED this 18th day of July, 2005.

        s/Lisa M. Lindquist
        LISA M. LINDQUIST
        Legal Assistant
        United States Attorney's Office
        700 Stewart Street, Suite 5220
        Seattle, Washington 98101-1271
        Telephone: (206) 553-7970
        Facsimile: (206) 553-4073
        E-mail: Lisa.Lindquist@usdoj.gov

ORDER DISMISSING CASE
[MS04-5032FDB-JKL]

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970